**EXHIBIT 2:** INFRINGEMENT #1

URL: https://www.facebook.com/watch/live/?ref=watch_permalink&v=586556466941556



**EXHIBIT 2:** INFRINGEMENT #2

URL: https://www.facebook.com/SouthGeorgiaTV/videos/586556466941556/

